OSCN Found Document:IN RE APPROVAL OF UNIFORM DELINQUENT ADJUDICATION ORDER/ADDENDUM

 
 
 

 
 
 
 
 
 
 
 

 


 
 
 
 
 
 


 
 OSCN navigation


 
 
 Home

 
 Courts

 
 
 Court Dockets
 

 
 Legal Research

 
 Calendar

 
 Help
 
 





 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 
 
 
 

 
 
 
 IN RE APPROVAL OF UNIFORM DELINQUENT ADJUDICATION ORDER/ADDENDUM
2017 OK 18
Case Number: 2017-21
Decided: 03/06/2017
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2017 OK 18, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT RELEASED FOR PUBLICATION. 

In re: Approval of Uniform Delinquent Adjudication Order/Addendum

ORDER

¶1 The Court has reviewed the recommendation of the Oklahoma Supreme Court Juvenile Justice Oversight and Advisory Committee and hereby adopts the attached order and addendum for adjudication of delinquent petition(s) effective May 1, 2017.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE the 6th day of March, 2017.

/S/CHIEF JUSTICE

Combs, C.J., Gurich, V.C.J., Kauger, Watt, Winchester, Edmondson, Colbert and Reif, JJ., concur;

Wyrick, J., not present and not participating

Uniform Delinquent Adjudication Order and Addendum Forms





 Citationizer© Summary of Documents Citing This Document
 
 
 Cite
 Name
 Level
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 Cite
 Name
 Level
 
 
 None Found.